690 A.2d 234

**William M. FIORE, t/d/b/a Fiore Trucking and Contracting Company, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

Supreme Court of Pennsylvania.

March 25, 1997.

Reargument Denied May 9, 1997.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1997, the opinion of the Commonwealth Court is affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.